IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>STATE OF MINNESOTA,<br><br>*Defendant*. | Civil No. 0:26-cv-00273<br><br>THREE-JUDGE COURT REQUESTED |

## **REQUEST FOR THREE-JUDGE DISTRICT COURT**

Pursuant to Section 707(b) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-6(b), and 28 U.S.C. § 2284, Plaintiff United States of America respectfully requests that this matter be referred to the Chief Judge of the United States Court of Appeals for the Eighth Circuit for the purposes of convening a three-judge district court. In any case that the United States files under Section 707 of Title VII in a United States district court,

> the Attorney General may file with the clerk of such court a request that a court of three judges be convened to hear and determine the case. Such request by the Attorney General shall be accompanied by a certificate that, in [her] opinion, the case is of general public importance. A copy of the certificate and request for a three-judge court shall be immediately furnished by such clerk to the chief judge of the circuit . . . in which the case is pending. Upon receipt of such request it shall be the duty of the chief judge of the circuit . . . to designate immediately three judges in such circuit, of whom at least one shall be a circuit judge and another of whom shall be a district judge of the court in which the proceeding was instituted, to hear and determine such case, and it shall be the duty of the judges so designated to assign the case for hearing at the earliest practicable date, to participate in the hearing and determination thereof, and to cause the case to be in every way expedited.

42 U.S.C. § 2000e-6(b).

The United States Attorney General has certified that this case is of general public importance. *See* Ex. A. The United States is therefore entitled to expedited review by a three-judge district court. *See United States v. Northside Realty Assocs., Inc.*, 474 F.2d 1164, 1168 (5th Cir. 1973) ("The question of what constitutes an issue of general public importance is, absent specific statutory standards, a question most appropriately answered by the executive branch."); *United States v. City of Philadelphia*, 838 F. Supp. 223, 227 (E.D. Pa. 1993) ("[T]he Attorney General's belief [that a case raises an issue of general public importance] is not subject to judicial review.").

| | |
|---|---|
| DATED: January 14, 2026 | Respectfully submitted, |
| DANIEL N. ROSEN<br>United States Attorney<br>District of Minnesota | HARMEET K. DHILLON<br>Assistant Attorney General<br><br>JESUS A. OSETE<br>Principal Deputy Assistant Attorney General<br><br>ERIC SELL<br>Counsel<br><br>JEFFREY MORRISON<br>Acting Chief, Employment Litigation Section<br><br>*s/ Greta Gieseke*<br>GREGORY DOLIN (DC No. 497455)<br>Senior Counsel<br>GRETA GIESEKE (TX No. 24132925)<br>Trial Attorney<br><br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW |

Washington, DC 20530
Telephone: (202) 514-3847
Email: greta.gieseke@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA