IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF MINNESOTA,<br><br>Defendant. | Civil No.<br><br>THREE-JUDGE COURT REQUESTED |

### **CERTIFICATE OF THE ATTORNEY GENERAL**

I, Pamela Bondi, Attorney General of the United States, hereby certify, in accordance with Section 707(b) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-6(b), that the above-captioned case is of general public importance.

Signed this 8th day of January 2026, in Washington, D.C.

_____
PAMELA BONDI
Attorney General of the United States