UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 26-cv-273

United States of America,
        Plaintiff,

v.

State of Minnesota,
        Defendant.

## DESIGNATION

In accordance with 42 U.S.C. § 2000e-6(b), I designate the following judges in the circuit to hear and determine this case as a three-judge district court:

    Hon. Raymond W. Gruender, United States Circuit Judge for the Eighth Circuit
    Hon. Patrick J. Schiltz, Chief Judge, United States District Court for the District of Minnesota
    Hon. D. Price Marshall, Jr., United States District Judge for the Eastern District of Arkansas

                                      Steven M. Colloton
                                      Chief Judge
                                      United States Court of Appeals
                                          for the Eighth Circuit

Dated: January 16, 2026