**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

               Plaintiff,

v.

State of Minnesota,

               Defendant.

Civil No. 26-cv-0273
(PJS/RWG/DPM/DJF)

**ORDER OF RECUSAL**

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses herself in this matter.

Dated:  January 18, 2026        *s/ Dulce J. Foster*
                                       DULCE J. FOSTER
                                       United States Magistrate Judge