UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>vs.<br><br>State of Minnesota,<br><br>          Defendant. | Case No. 26-cv-0273<br>(PJS-RWG-DPM/SGE)<br><br>**ORDER GRANTING DEFENDANT AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

This matter came before the Court on the Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. Having reviewed the Motion, IT IS ORDERED that the Motion (Dkt. 12) is **GRANTED** and the following deadline shall apply:

1.    Defendant shall have until February 27, 2026, to respond to Plaintiff's Complaint.

Dated: February 4, 2026

BY THE COURT

*s/Shannon G. Elkins*
SHANNON G. ELKINS
United States Magistrate Judge