UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,

      vs.

State of Minnesota,

                Defendant.

Case No. 26-cv-273
(PJS-RWG-DPM/SGE)

**MOTION FOR A MORE
DEFINITE STATEMENT**

TO:   PLAINTIFF United States of America, The Administrator of the Above-Named Court and All Counsel of Record.

      Defendant State of Minnesota moves the Court for a more definite statement of Plaintiff's Complaint (Doc. 1). This motion is made pursuant to Rule 12(e) of the Federal Rules of Civil Procedure and is based upon the files, records, and proceedings herein, including the memorandum of law filed and served with this motion.

Dated: February 27, 2026

KEITH ELLISON
Attorney General
State of Minnesota

 s/ Nick Pladson
NICK PLADSON (0388148)
JEFF TIMMERMAN (0352561)
Assistant Attorneys General

PETER J. FARRELL (0393071)
Deputy Solicitor General

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 300-7083 (Voice)
(651) 296-7438 (Fax)

Nick.Pladson@ag.state.mn.us
Jeffrey.Timmerman@ag.state.mn.us
Peter.Ferrell@ag.state.mn.us

*ATTORNEYS FOR STATE OF MINNESOTA*

|#6282929-v1