UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 26-cv-273 |
| Plaintiff, | (PJS-RWG-DPM/SGE) |
| vs. | **NOTICE OF HEARING** |
| State of Minnesota, | |
| Defendant. | |

TO: PLAINTIFF United States of America, The Administrator of the Above-Named Court and All Counsel of Record.

PLEASE TAKE NOTICE that Defendant State of Minnesota's Motion under Rule 12(e) of the Federal Rules of Civil Procedure seeking a more definite statement, will be heard on April 8, 2026, at 10:30, before the Honorable Shannon G. Elkins, United States Magistrate Judge for the Eighth Circuit, in Courtroom 9E, of the Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

Dated: February 27, 2026

KEITH ELLISON
Attorney General
State of Minnesota

 s/ Nick Pladson
NICK PLADSON (0388148)
JEFF TIMMERMAN (0352561)
Assistant Attorneys General

PETER J. FARRELL (0393071)
Deputy Solicitor General

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125

(651) 300-7083 (Voice)
(651) 296-7438 (Fax)
Nick.Pladson@ag.state.mn.us
Jeffrey.Timmerman@ag.state.mn.us
Peter.Ferrell@ag.state.mn.us

*ATTORNEYS FOR STATE OF MINNESOTA*

|#6282949-v1