UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 26-cv-273 |
| Plaintiff, | (PJS-RWG-DPM/SGE) |
| vs. | **DECLARATION OF NICK PLADSON** |
| State of Minnesota, | |
| Defendant. | |

I, Nick Pladson, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an Assistant Attorney General with the Minnesota Attorney General's Office and I represent Defendant State of Minnesota in the above-captioned matter.

2. I submit this declaration in support of Defendant's Motion for a More Definite Statement.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Letter from Harmeet K. Dhillon to Keith Ellison dated July 10, 2025, notifying the State of Minnesota of the opening of the Department of Justice ("DOJ") Investigation No. 170-39-85.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Letter and Requests for Information from Liza Zamd to Keith Ellison, et al., dated July 29, 2025 in DOJ Investigation No. 170-39-85.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Letter and Responses to the DOJ's Request for Information from Nick Pladson to Liza Zamd, dated August 28, 2025 in DOJ Investigation No. 170-39-85.

6. On August 28, 2025, I transmitted Exhibit C and hundreds of pages of documents to the DOJ, which included policies and procedures relating to the implementation of the Program and creation and implementation of agency-level Plans, training documents, template policies, agency-specific hiring policies, guidance materials, and historical versions of the same.

7. Attached hereto as **Exhibit D** is a true and correct copy of the Letter from Harmeet Dhillon to Keith Ellison, et al., dated January 8, 2026, notifying the State of Minnesota that DOJ Investigation No. 170-39-85 concluded with a reasonable cause determination and that the DOJ had authorized a lawsuit under Title VII of the Civil Rights Act of 1964.

8. Attached hereto as **Exhibit E** is a true and correct copy of an email correspondence between Nick Pladson, Greta Gieseke, and Eric Sell sent and received from January 8, 2026 through January 13, 2026.

9. Attached hereto as **Exhibit F** is a true and correct copy of a DOJ press release dated January 14, 2026 and titled "United States Department of Justice Files Lawsuit Against Minnesota's 'Affirmative Action' Regime."

DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on February 27, 2026                     s/ Nick Pladson
County of Ramsey, State of Minnesota              NICK PLADSON

|#6283400-v1