Declaration of Nick Pladson

EXHIBIT B

**U.S. Department of Justice**

Civil Rights Division

---

ES:HP:LZ  
DJ 170-39-85

*Employment Litigation Section – 4CON*  
*950 Pennsylvania Ave, NW*  
*Washington DC 20530*  
*www.usdoj.gov/crt/emp*

July 29, 2025

**Via E-mail**

Keith Ellison  
Attorney General of Minnesota  
1400 Bremer Tower  
St. Paul, MN 55101

Shireen Gandhi  
Temporary Commissioner, Minnesota Department of Human Services  
444 Lafayette Road North  
St. Paul, MN 55155

Re: Investigation of the Employment Practices of the State of Minnesota Pursuant to Section 707 of Title VII of the Civil Rights Act of 1964, as Amended

Dear Attorney General Ellison and Temporary Commissioner Gandhi:

As we notified you in our letter dated July 10, 2025, and subsequent telephone conversation on July 25, 2025, the Department of Justice (Department) is conducting an investigation into the employment practices of the State of Minnesota (the State), including those of the Minnesota Department of Human Services, with respect to a pattern or practice of discrimination based on race, sex, or any other protected characteristic under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e, *et seq.*[1] We appreciate the assistance and cooperation of the State in this matter and will do what we can to minimize any inconvenience to the State.

Attached is a Request for Information (RFI) in connection with this investigation. Please respond to this RFI no later than **August 28, 2025**. If you believe the Department should consider information that has not been requested, please also provide it. If the responses can be provided by email, please send them to Liza.Zamd@usdoj.gov. If the responses are too large to email and the State does not have its own file-sharing system, please notify Liza Zamd at Liza.Zamd@usdoj.gov or at (202) 353-5195 at least five business days in advance, and she will

---

[1] The Department believes that employment actions based on race, sex, or other protected characteristics may violate Title VII, regardless of whether they are meant to address prior discrimination. *See e.g.* Executive Order 14173, *Ending Illegal Discrimination and Restoring Merit-Based Opportunity* (January 21, 2025), available at https://www.whitehouse.gov/presidential-actions/2025/01/ending-illegal-discrimination-and-restoring-merit-based-opportunity; *EEOC and Justice Department Warn Against Unlawful DEI-Related Discrimination* (March 19, 2025), available at https://www.eeoc.gov/newsroom/eeoc-and-justice-department-warn-against-unlawful-dei-related-discrimination; and *c.f. Students for Fair Admissions, Inc. v. Harvard College*, 600 U.S. 181 (2023).

send you a user agreement to complete so that you can gain access to the Department's file-sharing system.

The information that you produce pursuant to our requests will be maintained and used in accordance with applicable federal law, including the Privacy Act, 5 U.S.C. § 552a, *et seq.* The Department will not voluntarily disclose such information to any person other than authorized United States government personnel or persons under contract with us for the purpose of assisting with the investigation of a potential violation of federal civil rights law enforced by the Department. Should suit be filed, the Department will continue to comply with the Privacy Act, but disclosure of information may occur during litigation to the degree permitted by exceptions to the Privacy Act, such as during discovery and for use as evidence.

Additional information may be needed to complete our investigation upon review of the information produced in response to the RFI. The State should preserve all records that may be relevant to this investigation, including electronic documents and emails, and the State should take steps to stop any record deletion for any individuals who may have information relevant to this investigation.

If you would like to discuss this request, please do not hesitate to contact Liza Zamd at (202) 353-5195 and Liza.Zamd@usdoj.gov. When contacting the Department in writing, please include the record number (170-39-85). Thank you for your prompt attention to, and cooperation in, this matter.

                                                    Sincerely,

                                                    Hilary Pinion
                                                    Acting Principal Deputy Chief
                                                    Employment Litigation Section

By:     */s/ Liza Zamd*

                                                      Liza Zamd
                                                      Senior Trial Attorney
                                                      Employment Litigation Section

Cc: Liz.Kramer@ag.state.mn.us;
Rachael.Bernardini@ag.state.mn.us;
Peter.Farrell@ag.state.mn.us; and
John.Keller@ag.state.mn.us

2

# **REQUEST FOR INFORMATION**

## **Instructions**

1. Any existing documents or "electronically-stored information" (ESI) responsive to these requests should be produced in the format specified in Exhibit A, "Format for Producing Requested Documents, Things, and ESI."

2. All information should be produced without redactions unless excepted in Exhibit A.

3. Please indicate the request to which the information you produce is responsive and Bates Number all information produced, as requested in Exhibit A, Section II.c.

4. The term "including" naturally means without limitation, i.e., "including, but not limited to."

5. The term "State" means the State of Minnesota and all of its components.

6. These requests are for all information available to the State, whether the information is in the State's possession or available to it upon request to another entity.

7. If any requested information or documentation does not exist or is not available to the State, please indicate that fact in response to the request.[2]  If requested information or documentation once existed but was disposed of or destroyed by the State, provide a brief explanation of the circumstance of the disposal or destruction.

8. Unless otherwise specified, produce the requested information for the period from January 1, 2023, through the present (the "relevant time period").

9. The requests relate to the State's employment practices.

---

[2] For example, please write "unknown" or "not applicable," as appropriate, when identifying specific information the Department has requested.

## **Requests**

1. Identify by name and effective date, all statutes and regulations the State must comply with when implementing any affirmative action program and provide their legal citation.

2. Identify what actions, if any, the State took to comply with 29 C.F.R. § 1608 and provide all documentation, such as emails, reports, etc., referencing 29 C.F.R. § 1608.

3. Describe the State's basis for determining whether it previously discriminated against individuals based on their race, ethnicity, or sex, and describe the process it used to make that determination.

4. In an Excel spreadsheet, identify all individuals involved with making the determination referenced in Request No. 3, by:
    a. last name,
    b. first name,
    c. position title,
    d. role,
    e. hire date,
    f. termination date (if any), and
    g. subagency.

5. Produce all documentation, such as reports, studies, and memoranda, relating to the State's determination as to whether it previously discriminated against individuals based on their race, ethnicity, or sex.

6. In an Excel spreadsheet, identify all State positions where there was an unmet affirmative action goal and the applicant pool included at least one qualified candidate from an underrepresented group, pursuant to the Policy, by:
    a. subagency,
    b. department,
    c. job title,
    d. salary/wage,
    e. hiring manager first name, and
    f. hiring manager last name.

7. In an Excel spreadsheet, identify all applicants who applied for State positions where there was an unmet affirmative action goal and the agency interviewed at least one candidate from the underrepresented protected group, pursuant to the Policy, by:
    a. first name,
    b. last name,
    c. phone number,
    d. email address,
    e. home address,
    f. application date,
    g. interview date (if applicable),

4

      h. applicant score(s) and rank (if applicable),
      i. hire date (if applicable),
      j. termination date (if applicable),
      k. race,
      l. ethnicity, and
      m. sex.

8. Provide a detailed description of the selection process(es) for the positions identified in response to Request No.6, and if a scoring or ranking is used, the method and bases for scoring, ranking, and selecting candidates.

9. Produce all candidate applications relating to the positions or applicants identified in Request Nos. 6 and 7.

10. Produce all written policies, manuals, personnel rules, codes, or other documents identifying or describing the selection process(es) for the positions identified in Request No. 6.

11. Provide all formal and informal complaints filed by individuals relating to the State's affirmative action policy, any responses to such complaints, and any documents reflecting chain of custody of such complaints or responses.

12. For each complaint identified in response to Request No. 11, provide the investigative file, including the disposition of the complaint, any action taken in response to the complaint, and all other documents concerning the investigation of the complaint (e.g., evidence, notes, emails, memos).

13. For each complaint identified in response to Request No. 11, indicate which complaints were related to, or accompanied by, litigation before a federal court, state court, the Equal Employment Opportunity Commission, or any other administrative tribunal.

14. Produce the State's records retention policy for documents and data related to its affirmative action policies.

15. Provide all training materials relating to the Department of Human Service's (DHS) affirmative action program and identify by Bates Number the DHS policies produced in response to Request No. 10.

16. Indicate whether DHS policies and training materials are consistent with other State agency affirmative action programs. To the extent the DHS policy or training materials differ from other programs, please explain the differences in detail and identify the agency(ies) with the different policies.

17. Define "affirmative action," "unclassified," and "unmet affirmative action goal" as used in the DHS Affirmative Action Implementation Policy (Policy) at 4.[3]

---

[3] Found at https://mn.gov/dhs/assets/affirmative-action-implementation-policy_tcm1053-646824.pdf.

18. Explain how DHS conducts targeted recruitment. *See* Policy at 3.

19. Explain how DHS calculates the "estimated availability in the relevant geographic area and labor force," and "the FTE representation of one or more protected groups" *see* Policy at 4, including the source(s) of labor force information, and identify all individuals who played a role in the calculation, by:
    a. last name,
    b. first name,
    c. position title,
    d. role,
    e. hire date,
    f. termination date (if any), and
    g. employer.

20. Produce all documentation, such as reports, demographic data, relating to Request No. 19.

21. Produce a representative "Self-Identification Form," and a "Vacancy Filling Guide/Checklist" referenced in the Policy.

22. Identify the deputy commissioners and Equal Opportunity and Access Division (EOAD) employees who approved hiring decisions, *see* Policy at 1, by:
    a. first name,
    b. last name,
    c. hire date,
    d. termination date (if applicable), and
    e. position title.

23. In an Excel spreadsheet, identify all exceptions to the DHS interview requirement, *see* Policy, Section I. Hiring Supervisor, at 2, by:
    a. subagency,
    b. department,
    c. job title,
    d. salary/wage,
    e. date of exception,
    f. basis for exception,
    g. candidate first name,
    h. candidate last name, and
    i. date of hire (if applicable).

24. Produce all "Justification Forms," including attachments, submitted to the Equal Opportunity and Access Division. *See* Policy, Section I. Hiring Supervisor, at 2.

25. In an Excel spreadsheet, identify all individuals who experienced any employment action, including suspension, demotion, duty change, lowered performance evaluation, or termination, for failing to comply with the Policy, *see* Policy at 1, by:

      a. first name,
      b. last name,
      c. hire date,
      d. termination date (if any),
      e. position title,
      f. type of employment action,
      g. subagency, and
      h. department.

26. In an Excel spreadsheet, identify all agencies that experienced a sanction due to a failure to comply with the Policy, *see* Policy at 1, by
      a. agency name,
      b. sanction implementation date(s), and
      c. sanction.

27. Provide all documents related to the determinations referenced in Request Nos. 25 and 26.

28. Provide the complete personnel file for current or former Minnesota Pollution Control Agency employee, LaVon "Vonnie" Phillips.

29. Produce all documentation relating or referring to complaints, reports, or investigations of Mr. Phillips.

30. In an Excel spreadsheet, identify all positions for which Mr. Phillips has served on a hiring committee, by:
      a. position title,
      b. subagency,
      c. department,
      d. name of the individual hired,
      e. race of the individual hired,
      f. hire date, and
      g. role Mr. Phillips played on the hiring committee.

31. In an Excel spreadsheet, identify all applicants who applied for the positions identified in response to Request No. 30 by:
      a. first name,
      b. last name,
      c. phone number,
      d. email address,
      e. home address,
      f. application date,
      g. interview date (if applicable),
      h. applicant score(s) and rank (if applicable),
      i. hire date (if applicable),
      j. termination date (if applicable),

    k. race,
    l. ethnicity, and
    m. sex.

32. Produce the applications for all individuals who applied for positions identified in Request No. 30.