# Declaration of Nick Pladson

# EXHIBIT D

U.S. Department of Justice

Civil Rights Division

DJ 170-39-85

*Employment Litigation Section – 4CON*
*950 Pennsylvania Ave, NW*
*Washington DC 20530*
*www.justice.gov/crt/emp*

January 8, 2026

<u>*Via Electronic Mail*</u>

Keith Ellison
Attorney General of Minnesota

c/o

Nick Pladson
Assistant Attorney General
State of Minnesota
Nick.Pladson@ag.state.mn.us

    Re:    <u>Authorized Lawsuit Against the State of Minnesota Pursuant to Section 707 of Title VII of the Civil Rights Act of 1964, as Amended</u>

Dear Mr. Ellison:

    This letter is to inform you of the results of the Department of Justice's (Department) investigation into whether the State of Minnesota is engaged in a pattern or practice of discrimination on the basis of race and sex against job applicants and employees in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* (Title VII).

    Based on our investigation, the Department has concluded that Minnesota has maintained, and continues to maintain, discriminatory policies and practices governing State employees and prospective employees to accomplish race- and sex-balancing goals for its workforce. Specifically, Minnesota makes staffing and personnel decisions—including hiring, promotions, transfers, and layoffs—and limits, segregates, and classifies State employees and prospective employees, based on race, color, national origin, and sex. In doing so, Minnesota discriminates against State employees and prospective employees who do not belong to "protected groups," defined by Minnesota as "females, persons with disabilities, and members of the following minorities: Black, Hispanic, Asian or Pacific Islander, and American Indian or Alaskan native." Minn. Stat. § 43A.02, subd. 33. Minnesota therefore has engaged in, and continues to engage in, employment practices that discriminate on the basis of race and sex in violation of Section 703(a)(1) and (2) of Title VII, 42 U.S.C. § 2000e-2(a)(1) & (2), and a pattern or practice of discrimination under Section 707 of Title VII, 42 U.S.C. § 2000e-6.

    Under Section 707, the Attorney General may apply to the appropriate court for an order that will ensure future compliance with Title VII and remedy the effects of past discrimination. 42 U.S.C. § 2000e-6. This responsibility has been delegated to the Assistant Attorney General of the Civil Rights Division, who has authorized the filing of a lawsuit against Minnesota concerning its discriminatory employment policies and practices pursuant to Minn. Stat. §§ 43A.19 & 43A.191 and Minn. Admin. R. ch. 3905.

The United States is willing to resolve this matter by entering a pre-litigation consent decree that would permanently enjoin Minnesota from relying on race, color, national origin, or sex in its employment decisions. If you are interested in pursuing a resolution of this matter on these terms, please contact Acting Deputy Assistant Attorney General Eric Sell, who has been assigned to represent the United States in this case, by January 14, 2026. Mr. Sell can be contacted by telephone at (202) 600-0739 and by email at Eric.Sell@usdoj.gov. Unless there is a reasonable certainty that we can reach a resolution without contested litigation, the United States is prepared to file a complaint in federal district court by January 15, 2026.

Sincerely,

Harmeet K. Dhillon
Assistant Attorney General
Civil Rights Division

By:    s/ *Eric Sell*
Eric Sell
Acting Deputy Assistant Attorney General

cc:

Lindsey Middlecamp
lindsey.middlecamp@ag.state.mn.us

Sophie Hayek
sophie.hayek@ag.state.mn.us

Peter Farrell
peter.farrell@ag.state.mn.us

Liz Kramer
liz.kramer@ag.state.mn.us