# Declaration of Nick Pladson

# EXHIBIT E

| | |
|---|---|
| **From:** | Nick Pladson |
| **To:** | Sell, Eric (CRT) |
| **Cc:** | Lindsey Middlecamp; Peter Farrell; Sophie Hayek; Liz Kramer; Gieseke, Greta (CRT); Dolin, Gregory (CRT) |
| **Subject:** | RE: Authorized Lawsuit Against the State of Minnesota Pursuant to Section 707 of Title VII of the Civil Rights Act of 1964, as Amended |
| **Date:** | Tuesday, January 13, 2026 9:51:48 PM |
| **Attachments:** | image001.png |

Eric,

Thank you again for your time and for the Department's engagement on this matter. We understand the Department's view of the issues and the seriousness with which it approaches its Title VII enforcement responsibilities.

Minnesota will not agree to enter a pre-litigation consent decree on the terms described in the Department's January 8 letter (and reiterated in our recent conversation). Minnesota is not willing to stipulate to a permanent injunction against duly enacted Minnesota statutes, implementing rules, and any policies adopted pursuant to them, or to commit to rescind and never re-implement the State's public-employment affirmative-action framework.

As you would expect, that position reflects basic principles of federalism and respect for the duly enacted laws of a sovereign State. Minnesota takes seriously the allocation of authority between the federal government and the States, and it would be inappropriate—and frankly irresponsible—for the State to agree, on an ultimatum timeline, to a decree that would permanently disable core provisions of Minnesota law and bind future administrations without a full, deliberate evaluation of the legal and practical consequences.

Separately, even if Minnesota were inclined to explore a negotiated resolution, the compressed deadline—paired with the absence of a concrete proposed decree, defined operative provisions, or identification of the specific "policies and practices" the Department contends are unlawful—does not allow for the kind of informed review and interagency consultation a matter of this magnitude requires. That concern is only amplified by the broader context in Minnesota over the past week, including the unprecedented federal immigration-enforcement surge in the Twin Cities and Greater Minnesota, and the heightened public-safety and governance demands that surge has generated, alongside public rhetoric signaling an unusually aggressive posture toward Minnesota and its leaders. In these circumstances, a six-day ultimatum is not a workable basis for responsible state decision-making.

Minnesota remains willing to continue a professional dialogue. If the Department nonetheless elects to file suit, we will respond through the normal litigation process. And if the Department has a materially narrower proposal that is clearly defined and does not require permanently enjoining state law or dismantling the State's statutory framework, we are willing to review it promptly.

Regards,

**Nick Pladson** *(He/Him)*
Assistant Attorney General | Employment, Tort, & PUC Division

**Office of the Minnesota Attorney General**
445 Minnesota Street, Suite 600, Saint Paul, MN 55101
Office: 651-300-7083 | Website: ag.state.mn.us

*Helping people afford their lives and live with dignity, safety, and respect*

---

**From:** Sell, Eric (CRT) <Eric.Sell@usdoj.gov>
**Sent:** Tuesday, January 13, 2026 8:43 AM
**To:** Nick Pladson <Nick.Pladson@ag.state.mn.us>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Peter Farrell <Peter.Farrell@ag.state.mn.us>; Sophie Hayek <Sophie.Hayek@ag.state.mn.us>; Liz Kramer <Liz.Kramer@ag.state.mn.us>; Gieseke, Greta (CRT) <Greta.Gieseke@usdoj.gov>; Dolin, Gregory (CRT) <Gregory.Dolin@usdoj.gov>
**Subject:** RE: Authorized Lawsuit Against the State of Minnesota Pursuant to Section 707 of Title VII of the Civil Rights Act of 1964, as Amended

Nick,

Thank you for hopping on a call yesterday. Please let us know today if the State can commit (at least in principle) to entering the consent decree we discussed. If not, or if we don't hear from you today, we'll proceed with filing.

Regards,

**Eric Sell**
Acting Deputy Assistant Attorney General
U.S. Department of Justice, Civil Rights Division

---

**From:** Nick Pladson <Nick.Pladson@ag.state.mn.us>
**Sent:** Friday, January 9, 2026 1:59 PM
**To:** Gieseke, Greta (CRT) <Greta.Gieseke@usdoj.gov>; Sell, Eric (CRT) <Eric.Sell@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Peter Farrell <Peter.Farrell@ag.state.mn.us>; Sophie Hayek <Sophie.Hayek@ag.state.mn.us>; Liz Kramer <Liz.Kramer@ag.state.mn.us>
**Subject:** [EXTERNAL] RE: Authorized Lawsuit Against the State of Minnesota Pursuant to Section 707 of Title VII of the Civil Rights Act of 1964, as Amended

Thanks for understanding.  I will speak with you then.

**Nick Pladson** *(He/Him)*
Assistant Attorney General | Employment, Tort, & PUC Division

**Office of the Minnesota Attorney General**
445 Minnesota Street, Suite 600, Saint Paul, MN 55101
Office: 651-300-7083 | Website: ag.state.mn.us

*Helping people afford their lives and live with dignity, safety, and respect*

**From:** Gieseke, Greta (CRT) <Greta.Gieseke@usdoj.gov>
**Sent:** Friday, January 9, 2026 12:58 PM
**To:** Nick Pladson <Nick.Pladson@ag.state.mn.us>; Sell, Eric (CRT) <Eric.Sell@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Peter Farrell <Peter.Farrell@ag.state.mn.us>; Sophie Hayek <Sophie.Hayek@ag.state.mn.us>; Liz Kramer <Liz.Kramer@ag.state.mn.us>
**Subject:** RE: Authorized Lawsuit Against the State of Minnesota Pursuant to Section 707 of Title VII of the Civil Rights Act of 1964, as Amended

Nick,

Understood. Monday at 11:00 AM EST works for us. I will send a Teams invitation momentarily.

Thank you,
Greta

**Greta Gieseke** | Trial Attorney
Civil Rights Division | U.S. Department of Justice
950 Pennsylvania Ave. NW, Washington, DC 20530
(202) 679-4564 | greta.gieseke@usdoj.gov



**From:** Nick Pladson <Nick.Pladson@ag.state.mn.us>
**Sent:** Friday, January 9, 2026 1:50 PM
**To:** Gieseke, Greta (CRT) <Greta.Gieseke@usdoj.gov>; Sell, Eric (CRT) <Eric.Sell@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Peter Farrell <Peter.Farrell@ag.state.mn.us>; Sophie Hayek <Sophie.Hayek@ag.state.mn.us>; Liz Kramer <Liz.Kramer@ag.state.mn.us>
**Subject:** [EXTERNAL] RE: Authorized Lawsuit Against the State of Minnesota Pursuant to Section 707 of Title VII of the Civil Rights Act of 1964, as Amended

Greta,

Unfortunately, I am not available this afternoon as the schools here have closed due to the public safety concerns following this week's events in Minneapolis where I live, and I have caregiving responsibilities for my children that I cannot adjust at this time.

As I stated, I can be available at any time on Monday or Tuesday. If you can send me anything in advance I will be sure to review before any conversation on either of those

days.

**Nick Pladson** *(He/Him)*
Assistant Attorney General | Employment, Tort, & PUC Division

**Office of the Minnesota Attorney General**
445 Minnesota Street, Suite 600, Saint Paul, MN 55101
Office: 651-300-7083 | Website: ag.state.mn.us

*Helping people afford their lives and live with dignity, safety, and respect*

---

**From:** Gieseke, Greta (CRT) <Greta.Gieseke@usdoj.gov>
**Sent:** Friday, January 9, 2026 12:39 PM
**To:** Nick Pladson <Nick.Pladson@ag.state.mn.us>; Sell, Eric (CRT) <Eric.Sell@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Peter Farrell <Peter.Farrell@ag.state.mn.us>; Sophie Hayek <Sophie.Hayek@ag.state.mn.us>; Liz Kramer <Liz.Kramer@ag.state.mn.us>
**Subject:** RE: Authorized Lawsuit Against the State of Minnesota Pursuant to Section 707 of Title VII of the Civil Rights Act of 1964, as Amended

> You don't often get email from greta.gieseke@usdoj.gov. Learn why this is important

Nick,

Are you available for a call this afternoon between 3:30 and 5:00 EST?

Thank you,
Greta

**Greta Gieseke** | Trial Attorney
Civil Rights Division | U.S. Department of Justice
950 Pennsylvania Ave. NW, Washington, DC 20530
(202) 679-4564 | greta.gieseke@usdoj.gov



---

**From:** Nick Pladson <Nick.Pladson@ag.state.mn.us>
**Sent:** Friday, January 9, 2026 1:05 PM
**To:** Gieseke, Greta (CRT) <Greta.Gieseke@usdoj.gov>; Sell, Eric (CRT) <Eric.Sell@usdoj.gov>
**Cc:** Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Peter Farrell <Peter.Farrell@ag.state.mn.us>; Sophie Hayek <Sophie.Hayek@ag.state.mn.us>; Liz Kramer <Liz.Kramer@ag.state.mn.us>
**Subject:** [EXTERNAL] RE: Authorized Lawsuit Against the State of Minnesota Pursuant to Section 707 of Title VII of the Civil Rights Act of 1964, as Amended

Counsel:

Minnesota acknowledges receipt of the Department's January 8, 2026 letter in DJ 170-39-85, which sets a January 14 deadline for Minnesota to agree to a consent decree to avoid litigation the Department states it will file on January 15.

As reflected in Minnesota's August 28, 2025 response to the Department's July 29, 2025 RFI, Minnesota has cooperated in good faith, provided substantial information and documents, and requested a meet-and-confer to clarify scope and address follow-up requests (including additional production on a rolling basis after clarification). Minnesota remains willing to meet promptly to discuss the matter.

The Department's six-day ultimatum to agree to a consent decree, without identifying proposed terms, was delivered amid rapidly developing public-safety events in Minnesota following the January 7, 2026 fatal shooting in Minneapolis during a federal ICE operation and its immediate aftermath. In these circumstances, and given the limited information the Department has provided to date, the compressed deadline does not allow for a meaningful meet-and-confer or a responsible evaluation of the Department's positions and requested relief.

Accordingly, Minnesota requests:

1. Identification of the specific "policies and practices" the Department contends are unlawful. This is necessary because the Department's July 10 investigation notice identified different policies than those identified in its July 29 Request for Information, while the Department's January 8 letter points generally to state statutes and rules but does not identify the employment policies or practices that are the target of the Department's concerns;

2. A detailed term sheet stating the Department's positions and the specific relief it seeks in any consent decree; and

3. A brief standstill (e.g., two weeks) to allow an immediate meet-and-confer and meaningful discussion. Please also confirm whether the Department will defer filing during that standstill and whether it believes there remains a path to resolution without litigation (or, at minimum, narrowing the issues and requested relief), rather than filing suit regardless of Minnesota's response.

We are available to meet this coming Monday or Tuesday.

**Nick Pladson** *(He/Him)*
Assistant Attorney General | Employment, Tort, & PUC Division

**Office of the Minnesota Attorney General**
445 Minnesota Street, Suite 600, Saint Paul, MN 55101
Office: 651-300-7083 | Website: ag.state.mn.us

*Helping people afford their lives and live with dignity, safety, and respect*

---

**From:** Gieseke, Greta (CRT) <Greta.Gieseke@usdoj.gov>
**Sent:** Thursday, January 8, 2026 3:29 PM
**To:** Nick Pladson <Nick.Pladson@ag.state.mn.us>
**Cc:** Sell, Eric (CRT) <Eric.Sell@usdoj.gov>; Lindsey Middlecamp <Lindsey.Middlecamp@ag.state.mn.us>; Peter Farrell <Peter.Farrell@ag.state.mn.us>; Sophie Hayek <Sophie.Hayek@ag.state.mn.us>; Liz Kramer <Liz.Kramer@ag.state.mn.us>
**Subject:** Authorized Lawsuit Against the State of Minnesota Pursuant to Section 707 of Title VII of the Civil Rights Act of 1964, as Amended

> Some people who received this message don't often get email from greta.gieseke@usdoj.gov. Learn why this is important

Counsel,

Attached, please find a letter from the United States Department of Justice, Civil Rights Division.

Thank you,
Greta

**Greta Gieseke** | Trial Attorney
Civil Rights Division | U.S. Department of Justice
950 Pennsylvania Ave. NW, Washington, DC 20530
(202) 679-4564 | greta.gieseke@usdoj.gov



Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. This electronic communication is available in alternative formats to individuals with disabilities by contacting the sender. Thank you.