Declaration of Nick Pladson

EXHIBIT F

2/24/26, 10:24 AM Office of Public Affairs | United States Department of Justice Files Lawsuit Against Minnesota's 'Affirmative Action' Regime | United…

CASE 0:26-cv-00273-PJS-RWG-DPM    Doc. 20-6    Filed 02/27/26    Page 2 of 3



**PRESS RELEASE**

# United States Department of Justice Files Lawsuit Against Minnesota's 'Affirmative Action' Regime

Wednesday, January 14, 2026

**For Immediate Release**

Office of Public Affairs

The Justice Department's Civil Rights Division filed a lawsuit today against the State of Minnesota challenging Minnesota's requirement that all state agencies implement sex- and race-based affirmative action plans and consider "affirmative action goals on all staffing and personnel decisions." The State's affirmative action program directs agencies to engage in employment practices that "balance" the sex and race composition of its workforce with the civilian labor force.

"From suing over sanctuary city policies to a wide-ranging fraud investigation, today's lawsuit is the Department of Justice's latest effort to bring Minnesota into compliance with federal law," said Attorney General Pamela Bondi. "Making hiring decisions based on immutable characteristics like race and sex is simple discrimination, and the Trump Administration has no tolerance for such DEI policies."

"For far too long, courts have allowed employers to discriminate based on race and sex when it is packaged as 'affirmative action,'" said Assistant Attorney General Harmeet K. Dhillon of the Justice Department's Civil Rights Division. "The Supreme Court put an end to using race as a factor in college admissions through its *Students for Fair Admissions v. Harvard* decision. This case is the next logical step. Title VII protects *all* people from race and sex discrimination in

2/24/26, 10:24 AM Office of Public Affairs | United States Department of Justice Files Lawsuit Against Minnesota's 'Affirmative Action' Regime | United…

CASE 0:26-cv-00273-PJS-RWG-DPM    Doc. 20-6    Filed 02/27/26    Page 3 of 3

employment. There is no exception that allows discrimination against employees who aren't considered 'underrepresented.'"

"Minnesotans already had to see their state officials let criminals brazenly walk off with over a billion taxpayer dollars," said U.S. Attorney Daniel N. Rosen for the District of Minnesota. "Now they see those same officials abusing their power by systematically and unlawfully branding jobseekers as the wrong race or sex. The United States Attorney General and the Justice Department are on the side of Minnesotans and have stepped in to hold the State accountable."

The lawsuit, filed in the U.S. District Court for the District of Minnesota, alleges that this affirmative action mandate discriminates against, limits, and classifies employees and prospective employees on the basis of their race and sex in violation of Title VII of the Civil Rights Act of 1964 (Title VII). "Because staffing is a zero-sum game," the complaint states, "when Minnesota gives preferences to employees or prospective employees on the basis of their race, color, national origin, and sex, it inevitably and necessarily discriminates against other employees or prospective employees because of *their* race, color, national origin, and sex."

While the U.S. Supreme Court previously sanctioned the consideration of race and sex in hiring for "traditionally segregated job categories," the United States argues such outdated precedents are inconsistent with both the text of Title VII and subsequent Supreme Court caselaw.

United States Attorney General Pamela Bondi certified this case as a matter of general public importance. This designation invokes a provision of Title VII that entitles the United States to expedited review by a three-judge district court and direct appeal to the United States Supreme Court.

The filing can be read here.

Updated January 20, 2026

## Topic

**CIVIL RIGHTS**

## Components

Office of the Attorney General | Civil Rights Division | Civil Rights - Employment Litigation Section | USAO - Minnesota