UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>vs.<br><br>State of Minnesota,<br><br>          Defendant. | Case No. 26-cv-273<br>(PJS-RWG-DPM/SGE)<br><br>**MEET AND CONFER<br>STATEMENT** |

I hereby certify that, on February 26, 2026, the undersigned conferred with opposing counsel to determine whether the issues can be narrowed or resolved through amendment of the Complaint under Local Rule 7.1(a). The parties did not agree to resolve any part of this motion.

Dated: February 27, 2026

KEITH ELLISON
Attorney General
State of Minnesota

 s/ Nick Pladson
NICK PLADSON (0388148)
JEFF TIMMERMAN (0352561)
Assistant Attorneys General

PETER J. FARRELL (0393071)
Deputy Solicitor General

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 300-7083 (Voice)
(651) 296-7438 (Fax)
Nick.Pladson@ag.state.mn.us
Jeffrey.Timmerman@ag.state.mn.us
Peter.Ferrell@ag.state.mn.us

*ATTORNEYS FOR STATE OF MINNESOTA*