UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                    Case No. 26-cv-273
                                                              (PJS-RWG-DPM/SGE)
                              Plaintiff,

              vs.                                            **[PROPOSED] ORDER**

State of Minnesota,

                              Defendant.


The above-entitled matter came before the Court under Defendant's Motion for a

More Definite Statement.

Based upon all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT:**

1.    Defendant State of Minnesota's Motion for a More Definite Statement is
      **GRANTED**;

2.    Within 14 days of the filing of this Order, the DOJ shall file an amended
      complaint providing a more definite statement that specifies, at a minimum,
      each employment practice the DOJ contends violates Title VII, including:

      a.    The source of the practice (i.e., statute or rule, a statewide policy, or
            an agency-level policy or practice);

      b.    The agency or agencies that use or used the practice, and when;

      c.    How the practice causes or caused disparate treatment discrimination;

      d.    Where in the decision-making process the practice causes or caused
            disparate treatment discrimination;

      e.    The job classifications that the practice impacts or impacted; and

      f.     A general outline of the class or class of persons against whom the practice discriminates or discriminated against.

3.     Defendant shall file a response within 14 days of the filing of the Amended Complaint.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: _____

_____
Honorable Shannon G. Elkins
United States Magistrate Judge