**The Office of Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity, safety, and respect • www.ag.state.mn.us

March 10, 2026

The Honorable Shannon G. Elkins
Magistrate Judge, District of Minnesota
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

Re:   Request for Leave to Submit Reply Memorandum under LR 7.1(b)(3)
      *United States v. State of Minnesota*
      Case No. 26-cv-273 (PJS-RWG-DPM/SGE)

Dear Magistrate Judge Elkins:

Defendant State of Minnesota respectfully requests leave to file a short reply memorandum under Local Rule 7.1(b)(3) in support of its Motion for a More Definite Statement (ECF No. 16).

The proposed reply will address arguments raised in the United States' opposition to Minnesota's motion, including the United States' characterization of the challenged employment practices and legal authority. It will be no longer than 1,500 words, limited to matters raised in the opposition, and will not present new grounds for relief. Minnesota respectfully submits that a reply memorandum will help the Court resolve the pending motion.

If permitted, Minnesota will file its reply memorandum no later than Thursday, March 12, 2026, or within 24 hours of this Court granting the requested leave, whichever is later. This schedule leaves ample time for the parties and the Court to consider the reply memorandum along with the related filings in advance of the hearing on Minnesota's motion scheduled for April 8, 2026.

Sincerely,

/s/ Nick Pladson
NICK PLADSON
Assistant Attorney General

(651) 300-7083 (Voice)
Nick.Pladson@ag.state.mn.us