IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br>STATE OF MINNESOTA,<br>*Defendant*. | No. 26-cv-00273-PJS-RWG-DPM-SGE<br>THREE-JUDGE DISTRICT COURT |

**UNITED STATES' MOTION TO FILE AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15 and Local Rule 15.1, the United States of America respectfully moves the Court to grant this motion to file an amended complaint in the above-captioned matter. The Court's Pretrial Scheduling Order dated August 4, 2026 (Dkt. 40), permits motions seeking to amend the pleadings to be filed on or before September 1, 2026. Per Local Rule 15.1, attached to this motion are (1) a copy of the proposed amended complaint and (2) a redline that shows how the proposed amended complaint differs from the original complaint (Dkt. 1). As set forth in the memorandum served with this motion, this motion is consistent with the Court's directives in the Pretrial Scheduling Order and is in the interest of justice.

Counsel for the State of Minnesota expressed that Minnesota is unable to take a position on the United States' Motion to File Amended Complaint until it has the opportunity to review the United States' proposed amended complaint. In accordance with

Local Rule 7.1(a), the United States will promptly supplement this motion with a meet-and-confer statement, or alternatively a joint stipulation, once Minnesota has reviewed the United States' proposed amended complaint and the parties have conferred regarding Minnesota's position on the motion.

DATED: September 1, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney
District of Minnesota

HARMEET K. DHILLON
Assistant Attorney General

ERIC SELL
Deputy Assistant Attorney General

HILARY PINION
Chief, Employment Litigation Section

*s/ Greta Gieseke*
GREGORY DOLIN (DC No. 497455)
Senior Counsel
GRETA GIESEKE (TX No. 24132925)
Trial Attorney

Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 514-3847
Email: greta.gieseke@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA