IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>STATE OF MINNESOTA,<br><br>*Defendant*. | No. 26-cv-00273-PJS-RWG-DPM-SGE<br><br>THREE-JUDGE DISTRICT COURT |

**[PROPOSED] ORDER GRANTING**
**MOTION TO FILE AMENDED COMPLAINT**

Before the Court is the United States of America's Motion to File Amended Complaint. Pursuant to Federal Rule of Civil Procedure 15 and Local Rule 15.1, the United States seeks to file an Amended Complaint.

Having found that the United States' Motion is consistent with the Court's Pretrial Scheduling Order (Dkt. 40) and is in the interest of justice, it is ORDERED that the United States' Motion to File Amended Complaint is GRANTED. The United States is directed to file its Proposed Amended Complaint as an Amended Complaint.