IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

STATE OF MINNESOTA,

*Defendant*.

**NOTICE OF HEARING**

No. 26-cv-00273-PJS-RWG-DPM-SGE

THREE-JUDGE DISTRICT COURT

TO: Defendant State of Minnesota; the Clerk of Court for the United States District Court for the District of Minnesota; and all Counsel of Record.

PLEASE TAKE NOTICE that Plaintiff United States of America's Motion to File Amended Complaint will be heard on October 5, 2026, at 2:00 PM, before the Honorable Shannon G. Elkins, United States Magistrate Judge for the District of Minnesota, via Zoom.

DATED: September 1, 2026

DANIEL N. ROSEN
United States Attorney
District of Minnesota

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General

ERIC SELL
Deputy Assistant Attorney General

HILARY PINION
Chief, Employment Litigation Section

*s/ Greta Gieseke*
GREGORY DOLIN (DC No. 497455)
Senior Counsel
GRETA GIESEKE (TX No. 24132925)
Trial Attorney

Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 514-3847
Email: greta.gieseke@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA