**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

State of Minnesota

Defendant.

Civil No. 26-cv-273
(PJS/RWG/DPM/SGE)

**ORDER REGARDING PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANT'S MOTION TO DISMISS**

On September 9, 2026, Plaintiff United States of America and Defendant State of Minnesota filed a Stipulation Regarding Plaintiff's Amended Complaint and Defendant's Partial Motion to Dismiss that amended complaint (Dkt. 46). Based upon review of the file,

**IT IS HEREBY ORDERED**:

1. Due to the parties' Stipulation, the Plaintiff's Motion to File Amended Complaint (Dkt. 41) is **MOOT**; the Plaintiff shall promptly file the Amended Complaint.

2. The motion hearing scheduled for October 5, 2026 is **CANCELLED**.

3. Defendant State of Minnesota shall file its partial motion to dismiss the Amended Complaint by October 9, 2026.

4. Plaintiff United States of America shall file its response by October 30, 2026.

5. Defendant State of Minnesota shall file its reply by November 13, 2026.

Date: September 10, 2026

*s/ Shannon G. Elkins*
SHANNON G. ELKINS
United States Magistrate Judge